**GRACE LINE INC., as Owner of S.S. SANTA MARGARITA, Libelant-Appellant,**

v.

**UNITED STATES LINES COMPANY and S.S. AMERICAN MANUFACTURER, her engines, boilers, etc., Respondant-Claimant-Appellee,**

v.

**TUG JOSEPH H. MORAN, INC., and TUG CAROL MORAN, her engines, boilers, etc., Respondent-Claimant-Appellee,**

v.

**MORAN TOWING & TRANSPORTATION CO., Inc., Respondent-Appellee.**

No. 326, Docket 27139.

United States Court of Appeals Second Circuit.

Argued April 25, 1962.

Decided May 23, 1962.

David C. Wood, New York City (Eli Ellis and Hill, Betts, Yamaoka, Freehill & Longcope, New York City, on the brief), for libelant-appellant.

John F. Gerity, New York City (Donn Borg and Kirlin, Campbell & Keating, New York City, on the brief), for respondent-appellee, United States Lines Company.

Kenneth H. Volk, New York City (Eugene Underwood and Burlingham, Underwood, Barron, Wright & White, New York City, on the brief), for respondents-appellees, Tug Joseph H. Moran,

Inc., Tug Carol Moran, Moran Towing & Transportation Co., Inc.

Before MOORE, SMITH and MARSHALL, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion below which is reported at D.C., 193 F.Supp. 664.

**Forrester A. CLARK et al., Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 5851.

United States Court of Appeals First Circuit.

June 4, 1962.

Edward C. Park, Boston, Mass., and John R. D. McClintock, Boston, Mass., on the brief, for petitioners.

Louis F. Oberdorfer, Asst. Atty. Gen., and Lee A. Jackson, Melva M. Graney and Gilbert E. Andrews, Attys., Dept. of Justice, on the brief, for respondent.

Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.

PER CURIAM.

Judgment will be entered vacating the decision of the Tax Court and remanding the action for further proceedings not inconsistent with Fabreeka Products Co. v. Commissioner, 1 Cir., 1961, 294 F.2d 876. The Hanover Bank, Executor v. Commissioner, 82 S.Ct. 1080.